JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE GARCIA, an individual,<br><br>Plaintiff,<br>vs.<br><br>SP MANAGEMENT SERVICES, INC., a California Professional Corporation; ADRIANA MORENO, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 8:21-cv-00360-CJC-ADS<br><br>Hon. Cormac J. Carney<br>Mag. Autumn D. Spaeth<br><br>**ORDER DISMISSING CASE WITH PREJUDICE [23]**<br><br>[Lodged Concurrently With: Joint Stipulation]<br><br>Complaint Filed: January 4, 2021<br>Trial Date: August 29, 2022 |

# ORDER

THE COURT having considered the Stipulation and Dismissal of the Entire Action entered into between Plaintiff Genevieve Garcia and Defendant SP Management Services, Inc. and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The above-captioned action be dismissed in its entirety with prejudice as to all claims and all parties pursuant to Federal Rules of Civil Procedure 41(a)(1); and

2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 13, 2022

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

4863-6538-9083, v. 1

| Case No.: 8:21-cv-00360-CJC-ADS | 2 | ORDER DISMISSING CASE WITH PREJUDICE |
|---|---|---|